**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ 1st Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Irma Rojas JOINT DEBTOR: ______ CASE NO.: 15-20724 BKC RAM
Last Four Digits of SS# 7713 Last Four Digits of SS# ______

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 1,630.80 for months 1 to 22 ;
B. $ 5,555.82 for months 23 to 48 ;
C. $ 8,729.10 for months 49 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,650.00(Bkc) + $1050.00 TOTAL PAID $ 700.00
MMM Fee: $2,600.00(2,500 Fees and $100 costs) TOTAL FEE: $7,300.00
Balance Due $ 6,600.00 payable $ 193.30 /month (Months 1 to 22 )
payable $ 61.78 /month (Months 23 to 60 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Nationstar Mortgage
Address: 350 Highland Dr
Lewisville, TX 75067
Account No: 2286

Total Arrears $ 115,745.29
Arrears Payment $ 2,144.05 /month (Months 23 to 48 )
Arrears Payment $ 5,000.00 /month (Months 49 to 60 )
Mortgage Payment $ 835.63 /month (Months 1 to 22 )
Mortgage Payment $ 2,378.36 /month (Months 23 to 60 )
(Debtor was denied loan modification in month 22, from month 23 through 60 debtor's plan shall be a cure and maintain plan. Debtor shall pay $1,751.45 from 07/01/2015-06/01/2016; $1,739.49 from month 07/01/2016-08/01/2016; $1,796.66 from 09/01/2016 – 12/01/2016; AND $1,835.20 from 01/01/2017-07/01/2020)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA<br>PO Box 60633<br>Dallas, Texas 75266-0633 | 2012 Jeep Compass<br>$19,442.00 | 5.25% | $288.09<br>$416.05 | 1 To 22<br>23 To 60 | $22,147.80 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. ______ Total Due $______

Unsecured Creditors: Pay $ 0 /month (Months 1 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor will treat Bank of America (Account #1199, 2nd Mortgage) for homestead property direct and outside the Chapter 13 Plan. The debtor will treat Nationstar Mortgage (Account # 0240, 1st Mortgage) for non-homestead 994 SE 9 Ave and Pennymac Loan Services (Account # 1417, 1st Mortgage for non-homestead 2921 NW 56 St direct and outside the Chapter 13 Plan. Debtor was denied loan modification in month 22, from month 23 through 60 debtor's plan shall be a cure and maintain plan. Debtor shall pay $1,751.45 from 07/01/2015-06/01/2016; $1,739.49 from month 07/01/2016-08/01/2016; $1,796.66 from 09/01/2016 – 12/01/2016; AND $1,835.20 from 01/01/2017-07/01/2020.

The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

/S/
Debtor
Date: 04/17/2017